■ RED SONJA CORP. et al., Respondents, v KIRBY McCAULEY, Appellant, et al., Defendants. [638 NYS2d 308] —Order, Supreme Court, New York County (Beatrice Shainswit, J.),

entered January 4, 1995, unanimously affirmed for the reasons stated by Shainswit, J., with costs and disbursements. No opinion. Concur—Sullivan, J. P., Milonas, Rosenberger, Kupferman and Nardelli, JJ.